**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2140 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Nos. 21 and 150 DB 2013 |
| | : | |
| v. | : | Attorney Registration No. 48490 |
| | : | |
| KEVIN MARK KALLENBACH | : | (Erie County) |
| | : | |
| Respondent | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2017, a Rule having been entered by this Court on February 23, 2017 pursuant to Pa.R.D.E. 208(h), directing Respondent to show cause why the stayed suspension order of this Court should not be modified, and upon consideration of the responses filed, Respondent is directed to serve a three-month suspension, followed by a twenty-one-month period of probation, subject to the same conditions imposed by the May 11, 2015 order. Respondent is directed to comply with all the provisions of Pa.R.D.E. 217.

    Respondent shall pay the additional expenses incurred as a result of the revocation proceedings. *See* Pa.R.D.E. 208(g).